

**ORDERED in the Southern District of Florida on June 29, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

EDUARDO RIGOBERTO SOTO
and CLAUDIA SOTO,

    Debtors.
_____/

CASE NO. 13-24825-AJC

CHAPTER 11

**AGREED ORDER ON DEBTORS' EMERGENCY MOTION DETERMINING LIENS OF INTERNAL REVENUE SERVICE ARE FULLY SATISFIED AND ORDERING SAID LIENS BE LIFTED AND EXTINGUISHED**

**THIS CAUSE** came before the Court for a hearing on June 25, 2020, at 11:00 a.m., in Miami, Florida, upon the *Debtors' Emergency Motion Determining Liens of Internal Revenue Service Are Fully Satisfied and Ordering Said Liens be Lifted and Extinguished* [D.E. 267] (the "Motion"), and the response filed by the Internal Revenue Service [D.E. 271]. The Court, having reviewed the Motion, the response, and oral argument presented on the record at the hearing, it is

**ORDERED and ADJUGED** that the Motion is **GRANTED,** in part, as set forth below:

1.    The Internal Revenue Service ("IRS") will lift and extinguish the lien on 246 Lebanon Road, Blue Ridge, Georgia 30153, within fourteen working days of receipt of payment of $66,257.65 from the Debtors to the IRS.

2. The Debtors' payment of $66,257.65 is paid as a good faith offering to lift said lien on 246 Lebanon Road, Blue Ridge, Georgia 30153.

3. The IRS will advise the Court of Debtors' remaining tax liability at a further hearing to be held **July 16, 2020 at 10:30 a.m.** Eastern Standard Time. **The hearing will be conducted via CourtCall and all participants are required to appear telephonically. A telephonic appearance must be reserved with CourtCall no later than 3:00 PM on the business day prior to the hearing**.

###

Submitted by:
Raychell Tasher
Assistant United States Attorney
Florida Bar No. 109291
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel.: (786) 439-3185
Fax: (305) 530-7139
E-mail: Raychell.Tasher@usdoj.gov

Attorney Raychell Tasher is directed to serve a copy of this Order within the time frame established by Local Rule 5005-1(G)(1)(c) and to file a certificate of service conforming with the requirements of Local Rule 2002-1(f).